# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOBHAN CARROLL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD.,<br><br>Defendant. | Case No. 2:18-CV-08867-CBM-GJSx<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL [JS-6]** |

Upon review of the parties' Stipulation and Good Cause Showing, it is hereby ordered that Plaintiff's individual claims are hereby dismissed with prejudice and the putative class claims without prejudice pursuant to *Fed. R. Civ. P. 41*. Each party to bear its own attorneys' fees and costs incurred.

This Honorable Court shall retain jurisdiction of this matter solely for the purpose of enforcement of the settlement terms, up to October 22, 2019. Should no party seek judicial assistance in enforcement of the settlement terms by this date, this matter will be deemed resolved.

IT IS SO ORDERED.

Date: July 23, 2019

_____
Hon. Consuelo B. Marshall
United States District Judge

**ORDER**